FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY -9 AM 10: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-059 |
| HUSTON F. BOOTHE JR. | * | SECTION: "R" |

\* \* \*

### O R D E R

IT IS ORDERED that Huston F. Boothe Jr. appear before Magistrate Judge Louis Moore, Jr., on the __1st__ day of __June__, 2004, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 500 Poydras Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this __6th__ day of __May__, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____