*serve by 5/25/05*

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 00-059 "R" |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Huston F. Boothe, Jr. | Motion for Judgment Debtor Exam |

**SERVE ➤** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Huston F. Boothe, Jr.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1858 Orpheum Avenue, New Orleans, LA 70005   *NEAR LAKEFRONT*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eneid A. Francis, AUSA
Assistant United States Attorney
Hale Boggs Federal Bldg.
500 Poydras Street, Suite 210B
New Orleans, LA 70130

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL SERVICE REQUESTED

TELEPHONE: (504) 908-1922

Signature of Attorney or other Originator requesting service on behalf of:
ENEID A. FRANCIS, AUSA

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: V. Osby 680-3036 (504) 680-3060

DATE: 5/5/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk  *Joanne Waite* | Date 5/10/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 5/19/05  Time: 0900 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $4.86 | | $49.86 | | | |

REMARKS:

Fee
Process
:::
C::::::::
Doc. No.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

RECEIVED
UNITED STATES MARSHAL
2005 MAY 10  AM 11: 40
EASTERN DISTRICT OF
LOUISIANA


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY -5  P 3: 21
LORETTA G. WHYTE
CLERK

USA No. 2000Z00445

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-059 |
| HUSTON F. BOOTHE JR. | * | SECTION: "R" |
| | * * * | |

### MOTION TO EXAMINE JUDGMENT DEBTOR

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully represents:

I.

The United States of America is a judgment creditor of Huston F. Boothe Jr. defendant, in the sum of $127,414.65. As of this date, the outstanding balance is $124,954.63.

II.

The United States of America desires to examine Huston F. Boothe Jr. pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, Rule 69, Federal Rules of Civil Procedure,


___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to his estate or property.

WHEREFORE, the United States of America moves that it be permitted to examine Huston F. Boothe Jr. judgment debtor, at the time and place to be fixed by the court.

> Respectfully submitted,
>
> JIM LETTEN
> UNITED STATES ATTORNEY
>
> _____
> ENEID A. FRANCIS
> Assistant United States Attorney
> Bar Roll No. 5816
> Hale Boggs Federal Building
> 500 Poydras Street, Second Floor
> New Orleans, Louisiana  70130
> Telephone:  (504) 680-3060

PLEASE SERVE:
Huston F. Boothe Jr.
1858 Orpheum Avenue
Metairie, LA  70005

## LIST OF ITEMS TO BRING TO JUDGMENT DEBTOR EXAMINATION

1. Earnings statements from paychecks for the last two months.

2. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3. Bank statements for the past 12 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4. Bank statements for the past 12 months from all banks, or other financial institutions, where you, or your spouse, has an account of any kind.

5. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

6. All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, has in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

7. All stocks, bonds, or other securities of any class you may own, separately or jointly with others, including options to purchase any securities.

8. Titles to all motor vehicles owned by you or your spouse.

9. All life insurance policies in which you are either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, now or in the future.

11. All financial statements furnished by you with the past five years.

12. All deeds, bills of sale, or other documents prepared in connection with any transfer made by you, either by gift, sale or otherwise within the last five years.

13. A schedule of all your regular expenses, such as installment of debts, food, utilities, etc. Include the amount paid, the payee, and, if an installment debt, the amount of debt owing and any security pledged.

14. All documents evidencing any interest you have in any pension plan, retirement fund, or profit-sharing plan.

15. All records pertaining to your assets and finances.

16. Copies of income tax returns for the past three years.

17. All records of any unincorporated business of which you are an owner or part-owner, or have been an owner within the past three years.

```
                                              FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2005 MAY -9  AM 10: 31

                                        LORETTA G. WHYTE
                                              CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-059 |
| HUSTON F. BOOTHE JR. | * | SECTION: "R" |
| | * * * | |

## O R D E R

IT IS ORDERED that Huston F. Boothe Jr. appear before Magistrate Judge Louis Moore, Jr., on the __1st__ day of __June__, 2004, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 500 Poydras Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this __6th__ day of __May__, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

```
CLERK'S OFFICE
A TRUE COPY

MAY 9 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA
```

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No