FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -1  PM 2:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-059 |
| HUSTON F. BOOTHE, JR. | * | SECTION: "R" |

\* \* \* \* \* \* \* \*

**MOTION TO ENROL AS ATTORNEY OF RECORD,
TO CONTINUE HEARING OF JUNE 1, 2005, AND REQUEST THAT THE UNITED
STATES PROVIDE AN UPDATED ACCOUNT OF RESTITUTION OWED**

**MAY IT PLEASE THE COURT**

Defendant, HUSTON F. BOOTHE, JR., respectfully represents unto this Honorable Court:

1. That this Honorable Court should enter into the record of this matter, Connie S. Montgomery, Montgomery Law Center, LLC, to be his attorney of record in this matter;

2. That he has requested copies of his tax returns and trust requested to be produced in Court on the 1st day of June, 2005, and he has not received the documentation called for in the judgment debtor proceeding and are therefore unavailable at this time;

3. That defendant has been ill, recently undergoing a surgical procedure to implant a stent in his artery and has been having complications with the medications required to be taken, and has therefore been unable to devote his full attention to this matter;

1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

4.  That defendant disputes the amount the United States alleges is owed for restitution and it should be ordered to provide an updated accounting of the restitution alleged to be owed by defendant; and,

5.  That this matter should be continued to a later date because he has just retained new counsel, complicated by the fact that he does not have in possession all of the documents requested by the United States on June 1, 2005.

WHEREFORE, defendant, Huston F. Boothe, Jr. prays for an order entering Connie S. Montgomery, Montgomery Law Center, LLC, as his counsel of record, that this matter be continued to a latter date in order to obtain the information requested by the United States, and that the United States provide an updated account of the restitution alleged to be owed by defendant.

Respectfully submitted,

MONTGOMERY LAW CENTER, L.L.C.

_____
CONNIE S. MONTGOMERY NO. 24848
1403 West Esplanade Avenue
Kenner, LA 70065
Telephone:    (504) 464-7000
Telecopier:    (504) 464-0908

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon the Government, via the U.S. Attorney's Office, at _CAMP_____, New Orleans, Louisiana, via hand delivery and/or by placing same in the U.S. Mail, properly addressed and postage prepaid, this 27th day of May, 2005.

_____
CONNIE S. MONTGOMERY

2