```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2005 JUN -2 PM 3: 53

              LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL ACTION |
| v. | * | NO. 00-059 |
| **HUSTON F. BOOTHE, JR.** | * | SECTION: "R" |

* * * * * * * *

### ORDER

Considering the foregoing Motion to Enrol as Attorney of Record, to Continue Hearing of June 1, 2005, and Request that the United States Provide an Updated Account of Restitution Owed, filed on behalf of defendant, Huston F. Boothe, Jr., it is

**ORDERED BY THE COURT** that Connie S. Montgomery, Montgomery Law Center, LLC, is hereby enroled as attorney of record;

**IT IS FURTHER ORDERED BY THE COURT** that the hearing scheduled for June 1, 2005, to examine judgment debtor be continued and reset for the 13th day of July, 2005, at 11:00 o'clock A.m., in the Hale Boggs Federal Building, Room No. B-407; and,

**IT IS FURTHER ORDERED BY THE COURT** that the United States provide an updated accounting of restitution allegedly owed by defendant On or before July 01, 2005. ~~days prior to the hearing of this matter.~~

NEW ORLEANS, LOUISIANA, this 2ND day of JUNE, 2005.

~~MAGISTRATE~~ JUDGE

```
___ Fee____
___ Process___
_X_ Dktd___
_V_ CtRmDep___
___ Doc. No____
```