UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

HUSTON FREDDIE BOOTHE, JR.

CRIMINAL NO. 00-059

00-059

SECTION MAG.3  (R)

VIOLATION: 18 USC 2113(6)

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW comes STEPHEN V. VALLOT, appearing herein and upon suggesting to the Court that he
has heretofore represented Huston Freddie Boothe, Jr. and he has been informed by Connie
Montgomery, Esq. that she now represents Mr. Boothe and for that reason he asks the Court to
allow him to withdraw as counsel of record for defendant.

Respectfully Submitted:

STEPHEN V. VALLOT
BAR NO. 13004
908 Williams Boulevard
Kenner, Louisiana 70062
Telephone: (504) 469-4358

## ORDER

IT IS ORDERED BY THE COURT that Stephen V. Vallot, be and is hereby allowed to withdraw
his name as counsel of record for defendant, HUSTON FREDDIE BOOTHE, JR.

New Orleans, Louisiana, this _3rd_ day of _June_, 2005.

JUDGE

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was
served upon all parties to the above cause to each of the attorneys
of record herein at their respective addresses disclosed on the
pleadings on ___May 31___ ___2005___
By: ☒ U.S. Mail      ☒ FAX
    ☒ Hand Delivered  ☐ Overnight Courier
    ☐ Certified Mail  ☐ Other
Signature
STEPHEN V. VALLOT

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____