```
        FILED
  U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 13  AM 9: 17

  LORETTA G. WHYTE
        CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **NO: 00-0059** |
| **HUSTON F. BOOTH, JR.** | * | **SECTION: "R"()** |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE:  Ms. Veronica Osby, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDER

Ms. Veronica Osby, Debt Collection Agent, called this day to inform the court that the parties are amicably trying to resolve the matter. Ms. Osby indicated that Mr. Booth will be mailing the requested financial documents. Subsequently, Ms. Osby requested a continuance. Accordingly, the hearing set for Wednesday, July 13, 2005, **IS CONTINUED TO WEDNESDAY, JULY 27, 2005, at 11:00 a.m.**

New Orleans, Louisiana, this __12th__ day of __July__, 2005.

```
                    LOUIS MOORE, JR.
              United States Magistrate Judge
```

**CLERK TO NOTIFY COUNSEL**

```
___ Fee_____
___ Process___
___ Dktd_____
___ CtRmDep__
___ Doc. No__
```