*mf*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 27 A 11: 15

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
|---|---|---|
| VERSUS | * | NO: 00-0059 |
| HUSTON F. BOOTH, JR. | * | SECTION: "R"() |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE: Ms. Veronica Osby, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDER

Ms. Veronica Osby, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Huston F. Booth, Jr, has sent in the requested financial information. Subsequently, Ms. Osby indicated that the judgment debtor examination scheduled for Wednesday, July 29, 2005, at 11:00 a.m. is deemed **SATISFIED.**

New Orleans, Louisiana, this _27th_ day of _July_, 2005.

_____
LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____