FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25 PM 3:43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-059 |
| HUSTON FREDDIE BOOTHE, JR. | * | SECTION: "R: |

* * *

### MOTION TO AMEND JUDGMENT AND PROBATION/COMMITMENT ORDER

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of an order amending the Judgment and Probation/Commitment Order so that the restitution payments can be disbursed directly to the victim, Asset Acquisition Group. In support of this motion the United States submits:

1. On June 21, 2000, this court entered a Judgment and Probation/Commitment Order in favor of the United States and against the defendant in the amount of $127,414.65.

2. The Judgment and Probation/Commitment ordered the defendant to pay restitution to John A. De'See Legal Representative for Bank One in the amount of $25,232.59. Exhibit A.

___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No_____

   3.   The Law Firm of Harrison and Taylor has acquired the assets for the victim John A. De'See's Legal Representative for Bank One.  Exhibit B.

   WHEREFORE, the United States of America prays that this motion be granted.

                                   Respectfully submitted,

                                   JIM LETTEN
                                   UNITED STATES ATTORNEY


                                   ENEID A. FRANCIS
                                   Assistant United States Attorney
                                   Bar Roll No. 5816
                                   Hale Boggs Federal Building
                                   500 Poydras  Street, Second Floor
                                   New Orleans, LA 70130
                                   Telephone:(504) 680-3060

AUSA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>HUSTON FREDDIE BOOTHE, JR.<br>222 LONDON STREET, SUITE 109<br>METAIRIE, LOUISIANA 70005 | 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<br>(SOC. S. NO.) | CRIMINAL ACTION<br>00-059"SECTION"R"<br>(CASE NO./S.) |

## JUDGMENT AND COMMITMENT ORDER

The defendant appeared in person on June 21, 2000, before the Court for Sentencing.

PRESENT:   STEPHEN V. VALLOT, COUNSEL FOR THE DEFENDANT
           DOROTHY MANNING TAYLOR FOR IRENE GONZALEZ, ASSISTANT U.S. ATTORNEY
           CINDY ARNOLD, U.S. PROBATION OFFICER
           RHONDA HARDIN, COURT RECORDER
           JAY SUSSLIN, COURTROOM DEPUTY

THE DEFENDANT ENTERED A PLEA OF GUILTY ON MARCH 29, 2000.

The Court adjudged the defendant guilty as to his plea of Guilty as to Count 1 of the Bill of Information charging the defendant with bank theft pursuant to 18 U.S.C. § 2113(b).

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Huston Freddie Boothe, Jr., is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 16 months as to Count 1 of the Bill of Information. IT IS FURTHER ORDERED that the defendant shall make restitution to the following persons in the following amounts: 1) Hibernia National Bank in the amount of $10,000.00; 2) Bert Allen Pontiac in the amount of $21,038.97; 3) Federal Mutual Insurance Company for Bert Allen Pontiac in the amount of $19,714.00; 4) NCO Group for American Express in the amount of $12,698.00; 5) John A. De'See Legal Representative for Bank One (formerly First USA) in the amount of $25,232.59; and 6) Weinstein Chism Legal Representative for Bank One (formerly First USA) in the amount of $38,731.09. The payment of mandatory restitution in the amount of $127,414.65 shall begin while the defendant is incarcerated. Upon release from imprisonment, any unpaid balance shall be paid at a rate of $500.00 a month. Any payment made that is not payment in full shall be divided proportionately among the persons named. Interest on the restitution is hereby waived. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years as to Count 1 of the Bill of Information. Within 72 hours of release from custody, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court, and shall not possess a firearm. In addition, the following special conditions are imposed: 1) The defendant shall provide the probation officer with access to any requested financial information; 2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule; 3) The defendant shall participate in an orientation and life skills program as directed by the probation officer; 4) The defendant shall participate in a mental health program, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer; and 5) The defendant shall pay any restitution that is imposed by this judgment. The Court finds that the defendant, Huston Freddie Boothe, Jr., does not have the ability to pay a fine. The Court will waive the fine in this case.

IT IS FURTHER ORDERED that the defendant shall pay to the United States the special assessment in the amount of $100.00, which shall be due immediately.

IT IS FURTHER ORDERED that the defendant, Huston Freddie Boothe, Jr., is to self-surrender to the institution designated by the Bureau of Prisons by 12:00 noon on or before July 19, 2000.

IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of supervised release imposed above, IT IS HEREBY ORDERED that the general conditions of supervised release set out on the reverse side be imposed.

New Orleans, Louisiana, this 21st day of June, 2000.

___ Fee ___
___ Process ___
 X  Dktd
___ CtRmDep ___
___ Doc. No. ___

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

CERTIFIED AS A TRUE COPY
ON THIS DATE _____
BY: _____
Deputy Clerk

GOVERNMENT
EXHIBIT
A

**The Law Firm of**
**Harrison & Taylor, LLC.**
Post Office Box 211576
Columbia, SC 29221-1576
(8030 772-3848 or Toll Free (888) 358-8500
Fax (803) 731-2134

March 8, 2004

U.S. District Court, Financial Unit
c/o: Beth
500 Poydras St.
New Orleans, LA 70130

RE: Huston Boothe, Jr.
NEW ACCT: # 103888

*[handwritten: victim was D. (See) John a. Rep. for Bank One Legal Rep.]*

Dear Beth,

Enclosed is the information requested on the aforementioned account. The debtor, Huston Boothe, Jr.'s account has been sold to the Asset Acquisition Group. His new account # is 103888. The new account holder's address is: Post Office Box 370470, Denver, CO 80237. All checks will be mailed to you concerning this account. If you have any concerns with this account, please contact **Leana, (383) 694-0031 ext.261.**

Thank you for your cooperation.

Sincerely,

*Sandra Goodwin*
Sandra Goodwin
Customer Service Representative

**As required by law, you are hereby notified that a negative credit report reflecting on your credit may be submitted to a Credit Reporting Agency if you fail to fulfill the terms of your credit obligations.**

**THIS IS AN ATTEMPT TO COLLECT A DEBT.**

ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

GOVERNMENT EXHIBIT B