FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 12 AM 11: 12

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO.  00-059 |
| HUSTON FREDDIE BOOTHE, JR. | * | SECTION: "R" |
| | * * * | |

### O R D E R

Considering the foregoing motion,

IT IS HEREBY ORDERED that the Judgment and Probation/ Commitment Order be amended to change the name of the victim to Asset Acquisition Group.

IT IS FURTHER ORDERED that the payments be made payable to Asset Acquisition Group, and mailed to Asset Acquisition Group, Post Office Box 370470, Denver, CO 80237.

New Orleans, Louisiana, this 12th day of May, 2006.

Sarah Vance
UNITED STATES DISTRICT JUDGE

Fee
Process
X  Dktd
✓  CtRmDep
Doc. No.